P. TOMASELLO, JR., as Receiver of the Bank of Okeechobee, an insolvent Florida banking corporation, *Plaintiff in Error*, v. H. P. CHURCHILL, *Defendant in Error*.

Division B.

Decision filed July 8, 1930.

Petition for rehearing denied September 4, 1930.

*G. P. Garrett* and *Angus Sumner,* for Plaintiff in Error; *Botts & Fields,* for Defendant in Error.

PER CURIAM.—This case is in all respects like that of P. Tomasello, Jr., as Receiver, v. Walton, opinion filed at this term of the Court, and the judgment should be affirmed upon authority of the opinion in that case. It is so ordered.

Affirmed.

WHITFIELD, P. J., AND STRUM AND BUFORD, J. J., concur.

TERRELL, C. J., AND ELLIS AND BROWN, J. J., concur in the opinion and judgment.